1  PHILLIP A. TALBERT
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

,7

**FILED**

APR 0 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

**SEALED**

8          IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          CASE NO. **2: 1 7 - CR - 0 0 5 3 WBS**

12                   Plaintiff,          ORDER TO SEAL

13             v.                        (UNDER SEAL)

14 | TIMOTHY CHAPIN,
   | MANUEL AGUEROS,
15 | PAUL FOURNIER,
   | ROBERT LAUTENSLAGER,
16 | JEFFREY REILLEY,
   | JORGE EGUILUZ,
17

18                   Defendants.

19

20      The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Nirav K.

21 Desai to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order

22 of the Court.

23

24 Dated:

25    4-6-2017

26                              HONORABLE EDMUND F. BRENNAN
                                United States Magistrate Judge
27

28