PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-053 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TIMOTHY CHAPIN, MANUEL AGUEROS, PAUL FOURNIER, ROBERT LAUTENSLAGER, JEFFREY REILLEY, JORGE EGUILUZ, | DATE: May 15, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on May 15, 2017.

2. By this stipulation, defendants now move to continue the status conference until July 10, 2017, and to exclude time between May 15, 2017, and July 10, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes documents, financial records, video recordings, audio recordings, transcripts, and native Excel files, Bates-numbered CHAPIN_00000001 through CHAPIN_00011873. All of this discovery has been either produced directly to counsel and/or made available for inspection and

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

copying, much of it provided after the Court's approval of the parties' Stipulated Protective Order on April 28, 2017 (Dkt. No. 53). As to materials numbered CHAPIN_00010243 through CHAPIN_00011873, the government represents that those materials were placed in the mail to defendants' respective counsel on May 9, 2017.

    b)    Counsel for defendants desire additional time to review the discovery and materials produced by the government, review the current charges in light of the discovery and other materials produced by the government, consult with their respective clients, conduct investigation and research related to the pending charges, and otherwise prepare for trial.

    c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 15, 2017 to July 10, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 10, 2017               PHILLIP A. TALBERT
                                  United States Attorney


                                  /s/ NIRAV K. DESAI
                                  NIRAV K. DESAI
                                  Assistant United States Attorney


Dated: May 10, 2017               /s/ Nirav K. Desai for Sean Riordan
                                  (authorized on May 9, 2017)
                                  SEAN RIORDAN, ESQ.
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  TIMOTHY CHAPIN

Dated: May 10, 2017               /s/ Nirav K. Desai for Kresta Daly
                                  (authorized on May 9, 2017)
                                  KRESTA DALY, ESQ.
                                  Counsel for Defendant
                                  MANUEL AGUEROS

Dated: May 10, 2017               /s/ Nirav K. Desai for Robert Wilson
                                  (authorized on May 9, 2017)
                                  ROBERT WILSON, ESQ.
                                  Counsel for Defendant PAUL FOURNIER

Dated: May 10, 2017               /s/ Nirav K. Desai for Dina Santos
                                  (authorized on May 9, 2017)
                                  DINA SANTOS, ESQ.
                                  Counsel for Defendant ROBERT LAUTENSLAGER

Dated: May 10, 2017               /s/ Nirav K. Desai for Tim Pori
                                  (authorized on May 9, 2017)

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER

3

TIM PORI, ESQ.
Counsel for Defendant
JEFFREY REILLEY

Dated: May 10, 2017

/s/ Nirav K. Desai for Donald H. Heller
(authorized on May 9, 2017)
DONALD H. HELLER, ESQ.
Counsel for Defendant JORGE EGUILUZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 11, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE