McGREGOR W. SCOTT
United States Attorney
NIRAV K. DESAI
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHAPIN,<br>MANUEL AGUEROS,<br>ROBERT LAUTENSLAGER,<br>JEFFREY REILLEY,<br>JORGE EGUILUZ,<br><br>Defendants. | CASE NO. 2:17-CR-053 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 9, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on January 9, 2018.

2. By this stipulation, defendants now move to continue the status conference until February 6, 2018, and to exclude time between January 9, 2018, and February 6, 2018, under Local Code T4.[1]

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes documents, financial records, video recordings, audio recordings, transcripts, and native Excel files, Bates-numbered CHAPIN_00000001 through CHAPIN_00019452. All of this

---

[1] Defendant Paul Fournier pleaded guilty in this case on October 10, 2017 (dkt. 66).

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

discovery has been either produced directly to counsel and/or made available for inspection.

      b)     Counsel for defendants desire additional time to review the discovery and materials produced by the government, review the current charges in light of the discovery and other materials produced by the government, consult with their respective clients, conduct investigation and research related to the pending charges, consider potential resolution, and otherwise prepare for trial.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2018 to February 6, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 3, 2018        McGREGOR W. SCOTT
                              United States Attorney


                              /s/ NIRAV K. DESAI
                              NIRAV K. DESAI
                              Assistant United States Attorney


Dated: January 3, 2018        /s/ Nirav K. Desai for Sean Riordan
                              (authorized on January 3, 2018)
                              SEAN RIORDAN
                              Assistant Federal Defender
                              Counsel for Defendant
                              TIMOTHY CHAPIN


Dated: January 3, 2018        /s/ Nirav K. Desai for Kresta Daly
                              (authorized on January 3, 2018)
                              KRESTA DALY, ESQ.
                              Counsel for Defendant
                              MANUEL AGUEROS


Dated: January 3, 2018        /s/ Nirav K. Desai for Dina Santos
                              (authorized on January 3, 2018)
                              DINA SANTOS, ESQ.
                              Counsel for Defendant
                              ROBERT LAUTENSLAGER


Dated: January 3, 2018        /s/ Nirav K. Desai for Tim Pori
                              (authorized on January 3, 2018)
                              TIM PORI, ESQ.
                              Counsel for Defendant
                              JEFFREY REILLEY

| | |
|---|---|
| Dated: January 3, 2018 | /s/ Nirav K. Desai for Donald H. Heller <br> (authorized on January 3, 2018) <br> DONALD H. HELLER, ESQ. <br> Counsel for Defendant <br> JORGE EGUILUZ |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of January, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE