HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
sean_riordan@fd.org

Attorney for Defendant
TIMOTHY CHAPIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-53 JAM |
|---|---|---|
| Plaintiff, | ) | WAIVER OF PERSONAL APPEARANCE |
| vs. | ) | Judge: Hon. John A. Mendez |
| TIMOTHY CHAPIN, | ) | |
| Defendant. | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, TIMOTHY CHAPIN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding modification of conditions of supervised release, except upon arraignment, plea empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may

1  fix the defendant's absence.

2  The defendant further acknowledges being informed of the rights under Title 18 U.S.C.

3  §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates

4  under that Act without the defendant's personal presence.

5  The original signed copy of this waiver is being preserved by the attorney undersigned.

6  Dated: February 5, 2018

7

8  _/s/ Timothy Chapin_
   TIMOTHY CHAPIN
9  Original retained by attorney

10  I agree and consent to my Client's waiver of appearance.

11  Dated: February 5, 2018

12  _/s/Sean Riordan_
    SEAN RIORDAN
13  Assistant Federal Defender
    Attorney for Defendant
14  TIMOTHY CHAPIN

15  ORDER

16  The above waiver of appearance is hereby approved.

17  IT IS SO ORDERED.

18  Dated: February 5 , 2018

19

20  HON. JOHN A. MENDEZ
    United States District Court Judge

21

22

23

24

25

26

27

28

Waiver of Appearance                    -2-