| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | NIRAV K. DESAI<br>KEVIN C. KHASIGIAN |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHAPIN,<br>MANUEL AGUEROS,<br>PAUL FOURNIER,<br>ROBERT LAUTENSLAGER,<br>JEFFREY REILLEY,<br>JORGE EGUILUZ,<br><br>Defendants. | CASE NO. 2:17-CR-053 JAM<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING OF **DEFENDANT TIMOTHY CHAPIN**<br><br>DATE: May 22, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for judgment and sentencing on May 22, 2018.

2. By this stipulation, the United States of America ("government") and defendant Timothy Chapin now move to continue the judgment and sentencing until **September 11, 2018, at 9:15 a.m.**, on the basis of the complexity of this case, the defendant's desire to provide additional information to the U.S. Probation Officer, and the parties' efforts to stipulate to a restitution figure.

3. The government and defendant Chapin further stipulate to the following briefing schedule related to the judgment and sentencing proceeding:

    a) Judgment and Sentencing Date: September 11, 2018

        b)      Reply, or Statement of Non-Opposition: September 4, 2018

        c)      Motion for Correction of Presentence Investigation Report shall be filed with the Court and served on the Probation and Opposing Counsel no later than: August 28, 2018

        d)      The Presentence Investigation Report shall be filed with the Court and disclosed to counsel no later than: August 21, 2018

        e)      Counsel's written objections to the proposed Presentence Investigation Report shall be delivered to the Probation Officer and opposing counsel no later than: August 14, 2018

        f)      The proposed Presentence Investigation Report shall be disclosed to counsel no later than: July 31, 2018

4.      The U.S. Probation Officer has been consulted about the proposed judgment and sentencing date, as well as the proposed briefing schedule, and has no objection to the proposals.

IT IS SO STIPULATED.

Dated: March 8, 2018                                  McGREGOR W. SCOTT
                                                    United States Attorney

                                                    /s/ NIRAV K. DESAI
                                                    NIRAV K. DESAI
                                                    Assistant United States Attorney

Dated: March 8, 2018                                  /s/ Nirav K. Desai for Sean Riordan
                                                    (authorized on March 7, 2018)
                                                    SEAN RIORDAN
                                                    Assistant Federal Defender
                                                    Counsel for Defendant
                                                    TIMOTHY CHAPIN

**ORDER**

Upon review and consideration of the stipulation of the government and defendant Timothy Chapin, IT IS HEREBY ORDERED that:

1. Judgment and sentencing of defendant Timothy Chapin is continued to September 11, 2018, at 9:15 a.m.

2. The parties' briefing schedule set forth in the stipulation is ADOPTED.

IT IS SO ORDERED.

DATED: 3/8/2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE