HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
sean_riordan@fd.org

Attorney for Defendant
TIMOTHY CHAPIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-53 JAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| TIMOTHY CHAPIN, | Date: September 11, 2018 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Nirav Desai, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Sean Riordan, attorneys for Timothy Chapin, that the judgment and sentencing hearing scheduled for September 11, 2018 be continued to December 4, 2018 at 9:15 a.m.

The revised PSR Schedule is as follows:

Draft Presentence Report:    November 8, 2018

Written Objections:          November 15, 2018

Presentence Report:          November 22, 2018

Formal Objections:           November 29, 2018

Stipulation to Continue                    -1-

This continuance is necessary given the complexity of this case, the defendant's desire to provide additional information to the U.S. Probation Officer, and the parties' efforts to stipulate to a restitution figure. The U.S. Probation Officer has been consulted about the proposed judgment and sentencing date, as well as the proposed briefing schedule, and has no objection to the proposals.

DATED: June 11, 2018  HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for TIMOTHY CHAPIN

DATED: June 11, 2018  PHILLIP A. TALBERT
United States Attorney

*/s/ Nirav Desai*
NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the September 11, 2018 judgment and sentencing be continued to December 4, 2018, at 9:15 a.m.

Dated:  June 12, 2018               /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge