| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | NIRAV K. DESAI<br>KEVIN C. KHASIGIAN |
| 3 | Assistant U. S. Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CR-00053-JAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONSOLIDATED ANCILLARY HEARING AND BRIEFING SCHEDULE |
| TIMOTHY CHAPIN,<br>MANUEL AGUEROS,<br>PAUL FOURNIER,<br>ROBERT LAUTENSLAGER,<br>JEFFEREY REILLEY, and<br>JORGE EGUILUZ, | |
| Defendants. | |

The United States of America through its undersigned counsel, Nirav K. Desai and Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), Matthew S. Foy and Michael A. Pursell, respectfully request that the Court schedule a consolidated ancillary hearing on Petitioner's filings [ECF Nos. 80 and 107] for December 4, 2018 at 9:15 a.m. Subject to the Court's approval, the United States and Petitioner National Union further propose the following briefing schedule: the Government to respond 14 days prior to the sentencing hearings scheduled on December 4, 2018, and Petitioner to reply no later than 7

1

days thereafter. The ancillary hearing date and associated briefing schedule are requested to sync the ancillary litigation and sentencing proceedings for the various defendants. This is a multi-defendant case involving various seized assets and potential third party interests, thus the above request will allow the parties to coordinate ancillary proceedings for any assets forfeited from co-defendants in this case.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the ancillary hearing be scheduled on December 4, 2018 at 9:15 a.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated: 6/14/2018                              McGREGOR W. SCOTT
                                              United States Attorney

                                        By:   /s/ Kevin C. Khasigian
                                              NIRAV K. DESAI
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorneys

Dated: 6/14/18

                                        By:   /s/ Michael A. Pursell
                                              MATTHEW S. FOY
                                              MICHAEL A. PURSELL
                                              Counsel for Petitioner National Union

                                              (Authorized by email)

## ORDER

IT IS SO ORDERED.

Dated: 6/15/2018                              /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              United States District Court Judge