McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00053-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONSOLIDATED ANCILLARY HEARING AND BRIEFING SCHEDULE |
| TIMOTHY CHAPIN, MANUEL AGUEROS, PAULFOURNIER, ROBERT LAUTENSLAGER, JEFFEREY REILLEY, JORGE EGUILUZ, | |
| Defendants. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), Katherine Musbach, respectfully request that the Court schedule a consolidated ancillary hearing on Petitioner's filings [ECF Nos. 80 and 107] for May 28, 2019 at 9:15 a.m. Subject to the Court's approval, the United States and Petitioner National Union further propose the following briefing schedule: the Government to respond 14 days prior to the sentencing hearings scheduled on May 28, 2019, and Petitioner to reply no later than 7 days thereafter. The ancillary hearing date and associated briefing schedule are requested to sync the ancillary litigation and sentencing proceedings for the various defendants who are connected to the underlying forfeiture. This is a multi-

1

defendant case involving various seized assets and potential third party interests, thus the above request will allow the parties to coordinate ancillary proceedings for any assets forfeited from co-defendants in this case.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the ancillary hearing be scheduled on May 28, 2019 at 9:15 a.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated: 3/11/2019  McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys

Dated: 3/11/2019

By: /s/ Katherine Ann Musbach
KATHERINE ANN MUSBACH
Counsel for Petitioner National Union

## **ORDER**

IT IS SO ORDERED.

Dated: 3/11/2019  /s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge