McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHAPIN,<br>MANUEL AGUEROS,<br>PAUL FOURNIER,<br>ROBERT LAUTENSLAGER,<br>JEFFREY REILLEY,<br>JORGE EGUILUZ,<br><br>Defendants. | 2:17-CR-00053 JAM<br><br>STIPULATION & ORDER CONTINUING JUDGMENT AND SENTENCING OF **DEFENDANT TIMOTHY CHAPIN**<br><br>DATE: July 16, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for judgment and sentencing on June 4, 2019.

2. By this stipulation, the United States of America ("government") and defendant Timothy Chapin now move to continue the judgment and sentencing until **July 16, 2019, at 9:15 a.m.**, on the basis of the complexity of this case, the parties' efforts to stipulate to a restitution figure, and counsel's scheduling conflicts.

3. The government and defendant Chapin further stipulate to the following briefing schedule related to the judgment and sentencing proceeding:

    a)    Judgment and Sentencing Date: July 16, 2019

b) Reply, or Statement of Non-Opposition: July 9, 2019

c) Motion for Correction of Presentence Investigation Report shall be filed with the Court and served on the Probation and Opposing Counsel no later than: July 2, 2019

d) The Presentence Investigation Report shall be filed with the Court and disclosed to counsel no later than: June 25, 2019

4. The U.S. Probation Officer has been consulted about the proposed judgment and sentencing date, as well as the proposed briefing schedule, and has no objection to the proposals.

IT IS SO STIPULATED.

Dated: May 8, 2019                                   MCGREGOR W. SCOTT
                                                     United States Attorney

                                                     /s/ Kevin C. Khasigian
                                                     Kevin C. Khasigian
                                                     Assistant U.S. Attorney


Dated: May 8, 2019                                   /s/ Noa Oren
                                                     NOA OREN
                                                     Attorney for Defendant
                                                     TIMOTHY CHAPIN

                                                     (Authorized by email)

**ORDER**

Upon review and consideration of the stipulation of the government and defendant Timothy Chapin, IT IS HEREBY ORDERED that:

1. Judgment and sentencing of defendant Timothy Chapin is continued to July 16, 2019, at 9:15 a.m.

2. The parties' briefing schedule set forth in the stipulation is ADOPTED.

IT IS SO ORDERED.

DATED: 5/9/2019

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE