McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00053-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONSOLIDATED ANCILLARY HEARING AND BRIEFING SCHEDULE |
| TIMOTHY CHAPIN, MANUEL AGUEROS, PAUL FOURNIER, ROBERT LAUTENSLAGER, JEFFEREY REILLEY, and JORGE EGUILUZ, | Old Hearing Date: July 16, 2019 at 9:15 a.m. New Hearing Date: September 17, 2019 at 9:15 a.m. |
| Defendants. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), Katherine Musbach, respectfully request that the Court schedule a consolidated ancillary hearing on Petitioner's filings [ECF Nos. 80 and 107] for September 17, 2019 at 9:15 a.m. Subject to the Court's approval, the United States and Petitioner National Union further propose the following briefing schedule: the Government to respond 14 days prior to the ancillary hearing date of September 17, 2019, and Petitioner to reply no later than 7 days thereafter. The ancillary hearing date

1

Stipulation and Order re Ancillary Hearing and Briefing Schedule

and associated briefing schedule are requested to sync the ancillary litigation and sentencing proceedings for the various defendants who are connected to the underlying forfeiture.  This is a multi-defendant case involving various seized assets and potential third party interests, thus the above request will allow the parties to coordinate ancillary proceedings for any assets forfeited from co-defendants in this case.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the ancillary hearing be scheduled on September 17, 2019 at 9:15 a.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated:  6/24/2019                               McGREGOR W. SCOTT
                                                United States Attorney

                                     By:    /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorneys

Dated:  6/21/2019

                                     By:    /s/ Katherine Ann Musbach
                                            KATHERINE ANN MUSBACH
                                            Counsel for Petitioner National Union

                                            (Authorized by email)

## **ORDER**

IT IS SO ORDERED.

Dated:   June 25, 2019                          /s/ John A. Mendez
                                                JOHN A. MENDEZ
                                                United States District Court Judge