McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00053-JAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONSOLIDATED ANCILLARY HEARING AND BRIEFING SCHEDULE |
| TIMOTHY CHAPIN, MANUEL AGUEROS, PAUL FOURNIER, ROBERT LAUTENSLAGER, JEFFEREY REILLEY, and JORGE EGUILUZ, | |
| Defendants. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), Katherine Musbach, respectfully request that the Court schedule a consolidated ancillary hearing on Petitioner's filings [ECF Nos. 80 and 107] for January 14, 2020 at 9:15 a.m. Subject to the Court's approval, the United States and Petitioner National Union further propose the following briefing schedule: the Government to respond 14 days prior to the sentencing hearing scheduled on January 14, 2020, and Petitioner to reply no later than 7 days thereafter. The ancillary

1

Stipulation and Order re Ancillary Hearing and Briefing Schedule

hearing date and associated briefing schedule are requested to sync the ancillary litigation and sentencing proceedings for the defendants who are connected to the underlying forfeiture, including defendant Paul Fournier, whose sentencing is scheduled for January 14, 2020. This is a multi-defendant case involving various seized assets and potential third party interests, thus the above request will allow the parties to coordinate ancillary proceedings for any assets forfeited from co-defendants in this case.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the ancillary hearing be scheduled on January 14, 2020 at 9:15 a.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated: 11/25/2019    McGREGOR W. SCOTT
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 11/22/2019

By:   /s/ Katherine Ann Musbach
KATHERINE ANN MUSBACH
Counsel for Petitioner National Union

(Approved via email)

## **ORDER**

IT IS SO ORDERED.

Dated: 11/25/2019    /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge