McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TIMOTHY CHAPIN,<br>MANUEL AGUEROS,<br>PAUL FOURNIER,<br>ROBERT LAUTENSLAGER,<br>JEFFEREY REILLEY, and<br>JORGE EGUILUZ,<br><br>        Defendants. | 2:17-CR-00053-JAM<br><br>STIPULATION AND ORDER FOR CONSOLIDATED ANCILLARY HEARING AND BRIEFING SCHEDULE |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), Katherine Musbach, respectfully request that the Court schedule a consolidated ancillary hearing on Petitioner's filings [ECF Nos. 80 and 107] for February 25, 2020 at 9:15 a.m. Subject to the Court's approval, the United States and Petitioner National Union further propose the following briefing schedule: the Government to respond 14 days prior to the ancillary hearing, and Petitioner to reply no later than 7 days thereafter. The ancillary hearing date extension is

1

requested to accommodate the parties' ongoing negotiations concerning the forfeited sums.  It is further understood that defendant Paul Fournier requires a brief extension to his scheduled sentencing date and therefore this extension will appropriately coordinate the two proceedings.  This is a multi-defendant case involving various seized assets and potential third party interests, thus the above request will allow the parties to coordinate ancillary proceedings for any assets forfeited from co-defendants in this case.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the ancillary hearing be scheduled on February 25, 2020 at 9:15 a.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.


Dated:  12/31/2019                                    McGREGOR W. SCOTT
                                                      United States Attorney


                                               By:    /s/ Kevin C. Khasigian
                                                      KEVIN C. KHASIGIAN
                                                      Assistant U.S. Attorney


Dated:  12/23/2019
                                               By:    /s/ Katherine Ann Musbach
                                                      KATHERINE ANN MUSBACH
                                                      Counsel for Petitioner National Union

                                                      (Approved via email)


                                    **ORDER**


        IT IS SO ORDERED.

Dated:  12/31/19                                    /s/ John A. Mendez
                                                    JOHN A. MENDEZ
                                                    United States District Court Judge