McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY CHAPIN,<br>MANUEL AGUEROS,<br>PAUL FOURNIER,<br>ROBERT LAUTENSLAGER,<br>JEFFEREY REILLEY, and<br>JORGE EGUILUZ,<br><br>　　　　Defendants. | 2:17-CR-00053-JAM<br><br><br>STIPULATION AND ORDER FOR CONSOLIDATED ANCILLARY HEARING AND BRIEFING SCHEDULE |

　　　The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), Katherine Musbach, respectfully request that the Court schedule a consolidated ancillary hearing on Petitioner's filings [ECF Nos. 80 and 107] for July 21, 2020 at 9:15 a.m.  Subject to the Court's approval, the United States and Petitioner National Union further propose the following briefing schedule:  the Government to respond 14 days prior to the ancillary hearing, and Petitioner to reply no later than 7 days thereafter.  The ancillary hearing date extension is requested to

1

accommodate the parties' ongoing negotiations concerning the forfeited sums.  We are consulting with Main Justice on how best to reach an outcome that achieves restitution for the insurance company using the forfeited funds.  This is a multi-defendant case involving various seized assets and potential third party interests, thus the above request will allow the parties to coordinate ancillary proceedings for any assets forfeited from co-defendants in this case.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the ancillary hearing be scheduled on July 21, 2020 at 9:15 a.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated:  5/27/2020                                          McGREGOR W. SCOTT
                                                                                United States Attorney

                                                                    By:     /s/ Kevin C. Khasigian
                                                                                KEVIN C. KHASIGIAN
                                                                                Assistant U.S. Attorney

Dated:  5/27/2020
                                                                    By:     /s/ Katherine Ann Musbach
                                                                                KATHERINE ANN MUSBACH
                                                                                Counsel for Petitioner National Union

                                                                                (Approved via email)

**ORDER**

IT IS SO ORDERED.

Dated:  5/27/20                                                     /s/ John A. Mendez
                                                                                JOHN A. MENDEZ
                                                                                United States District Court Judge