```
 1  PHILLIP A. TALBERT
    Acting United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U. S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-CR-00053-JAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONSOLIDATED ANCILLARY HEARING AND BRIEFING SCHEDULE |
| TIMOTHY CHAPIN, MANUEL AGUEROS, PAUL FOURNIER, ROBERT LAUTENSLAGER, JEFFEREY REILLEY, and JORGE EGUILUZ, | |
| Defendants. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), Scott L. Schmookler, respectfully request that the Court schedule a consolidated ancillary hearing on Petitioner's filings [ECF Nos. 80 and 107] for June 8, 2021 at 9:30 a.m. Subject to the Court's approval, the United States and Petitioner National Union further propose the following briefing schedule:  the Government to respond 14 days prior to the ancillary hearing, and Petitioner to reply no later than 7 days thereafter.  The ancillary hearing date extension is requested to

1

Stipulation and Order re Ancillary Hearing and Briefing Schedule

accommodate the parties' ongoing negotiations concerning the forfeited sums. We are consulting with Main Justice on how best to reach an outcome that achieves restitution for the insurance company using the forfeited funds. This is a multi-defendant case involving various seized assets and potential third party interests, thus the above request will allow the parties to coordinate ancillary proceedings for any assets forfeited from co-defendants in this case.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the ancillary hearing be scheduled on June 8, 2021 at 9:30 a.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated: 5/17/2021     PHILLIP A. TALBERT
                     Acting United States Attorney

             By:     /s/ Kevin C. Khasigian
                     KEVIN C. KHASIGIAN
                     Assistant U.S. Attorney

Dated: 5/14/2021

             By:     /s/ Scott L. Schmookler
                     SCOTT L. SCHMOOKLER
                     Counsel for Petitioner National Union

                     (Approved via phone)

**ORDER**

IT IS SO ORDERED.

Dated: May 18, 2021     /s/ John A. Mendez
                        THE HONORABLE JOHN A. MENDEZ
                        UNITED STATES DISTRICT COURT JUDGE