PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00053-JAM |
| Plaintiff, | |
| v. | *AMENDED* STIPULATION AND ORDER FOR CONSOLIDATED ANCILLARY HEARING AND BRIEFING SCHEDULE |
| TIMOTHY CHAPIN, MANUEL AGUEROS, PAUL FOURNIER, ROBERT LAUTENSLAGER, JEFFEREY REILLEY, and JORGE EGUILUZ, | |
| Defendants. | |

The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorneys, and counsel for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), Scott L. Schmookler, respectfully request that the Court schedule a consolidated ancillary hearing on Petitioner's filings [ECF Nos. 80 and 107] for June 22, 2021 at 9:30 a.m. Subject to the Court's approval, the United States and Petitioner National Union further propose the following briefing schedule: the Government to respond 14 days prior to the ancillary hearing, and Petitioner to reply no later than 7 days thereafter. The ancillary hearing date extension is requested to

1

accommodate the parties' ongoing negotiations concerning the forfeited sums. We are consulting with Main Justice on how best to reach an outcome that achieves restitution for the insurance company using the forfeited funds. This is a multi-defendant case involving various seized assets and potential third party interests, thus the above request will allow the parties to coordinate ancillary proceedings for any assets forfeited from co-defendants in this case.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the ancillary hearing be scheduled on June 22, 2021 at 9:30 a.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated: 5/24/2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 5/24/2021

By: /s/ Scott L. Schmookler
SCOTT L. SCHMOOKLER
Counsel for Petitioner National Union

(Approved via email)

**ORDER**

IT IS SO ORDERED.

Dated: May 24, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE