1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5

6

7

8

9             IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              2:17-CR-00053-JAM

13              Plaintiff,

14       v.                               STIPULATION AND ORDER FOR
                                          CONSOLIDATED ANCILLARY HEARING
15  TIMOTHY CHAPIN,                       AND BRIEFING SCHEDULE
    MANUEL AGUEROS,
16  PAUL FOURNIER,
    ROBERT LAUTENSLAGER,
17  JEFFEREY REILLEY, and
    JORGE EGUILUZ,
18
                Defendants.
19

20

21       The United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant

22  United States Attorneys, and counsel for Petitioner National Union Fire Insurance Company of

23  Pittsburgh, Pa. ("National Union"), Scott L. Schmookler, respectfully request that the Court schedule a

24  consolidated ancillary hearing on Petitioner's filings [ECF Nos. 80 and 107] for June 29, 2021 at 9:30

25  a.m.  Subject to the Court's approval, the United States and Petitioner National Union further propose the

26  following briefing schedule:  the Government to respond 14 days prior to the ancillary hearing, and

27  Petitioner to reply no later than 7 days thereafter.  The ancillary hearing date extension is requested to

28                                          1

accommodate the parties' ongoing negotiations concerning the forfeited sums.  We are consulting with Main Justice on how best to reach an outcome that achieves restitution for the insurance company using the forfeited funds.  This is a multi-defendant case involving various seized assets and potential third party interests, thus the above request will allow the parties to coordinate ancillary proceedings for any assets forfeited from co-defendants in this case.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioners hereby stipulate that the ancillary hearing be scheduled on June 29, 2021 at 9:30 a.m., the Government to respond 14 days prior, and Petitioner to reply 7 days following any opposition.

Dated: 6/7/2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 6/6/2021

By: /s/ Scott L. Schmookler
SCOTT L. SCHMOOKLER
Counsel for Petitioner National Union

(Approved via email)

## ORDER

IT IS SO ORDERED.

Dated: June 7, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE